IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA JAQUAY and JAKE JAQUAY : | |
| : | CIVIL ACTION NO. 02-CV-3882 |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____    _____
Hope S. Freiwald                                            Aline Fairweather


_____    _____
Alison T. Conn                                               Kirstin J. Miller


Dated: August 19, 2002          DECHERT PRICE & RHOADS
                                4000 Bell Atlantic Tower
                                1717 Arch Street
                                Philadelphia, PA 19103-2793
                                (215) 994-4000